### 10332. CORBIN *v.* McCRARY.

On making the judgment of this court the judgment of the lower court in this case, that court erred in rendering another judgment for a sum of money additional to the amount of the original judgment.
DECIDED JUNE 9, 1919.

Eviction; from Taylor superior court—Judge Kent presiding. June 13, 1919.

*C. W. Foy,* for plaintiff in error. *Jule Felton,* contra.

BROYLES, P. J. The plaintiff brought a dispossessory warrant against the defendant for failure to pay rent and for holding beyond his term of rental. The defendant filed his counter-affidavit and gave the bond required by the statute. The verdict was in favor of the plaintiff for the premises in dispute and $310 as

double rent for the time the defendant held over, to the time of the trial. The case came to this court, and the judgment of the lower court overruling the motion for a new trial was unconditionally affirmed. *Corbin* v. *McCrary,* 22 *Ga. App.* 472 (96 S. E. 445). Upon making the judgment of this court the judgment of the lower court, the latter court rendered another judgment against the defendant and his sureties on the original eventual condemnation-money bond, for the sum of $542.47, double rent of the premises since the rendition of the verdict and the original judgment in the case. The court clearly had no authority to render this judgment, and it is accordingly

<div align="center">

*Reversed. Bloodworth and Stephens, JJ., concur.*